**Order entered March 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01638-CV

## IN THE INTEREST OF H.M., A CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54170-2009**

## ORDER

We **GRANT** Father's February 26, 2013 motion for extension of time to file motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8. Father's motion for rehearing is deemed timely filed as of February 26, 2013, the date of filing. As Mother filed a response to Father's motion for rehearing on March 1, 2013, the motion for rehearing will be submitted to the Court without further delay. *See id.* 10.3(a)

/s/     ELIZABETH LANG-MIERS
            JUSTICE